619 A.2d 697

**Edward F. McKENNA, Executor of the Estate of Eileen McKenna, Deceased and Edward F. McKenna, in His Own Right, Appellants,**

v.

**James A. SCHALLER, M.D., Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1993.

Decided Feb. 17, 1993.

Aaron D. Blumberg, Ronald L. Wolf, Donald E. Matusow, Robin T. Locke, Philadelphia, for E.F. McKenna.

Daniel F. Ryan, III, Joan Orsini, Plymouth Meeting, for J.A. Scheller.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.